**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 01-30897
Summary Calendar

RONNIE C. BAYLOR

Plaintiff-Appellant,

versus

KANSAS CITY SOUTHERN
RAILWAY SYSTEM

Defendant-Appellee.

Appeal from the United States District Court
For the Western District of Louisiana
(No. 99-CV-2335)

January 4, 2002

Before DeMOSS, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed. Appellant has failed to make out a prima facie case of racial discrimination under Title VII, there being no evidence that Appellant suffered disparate treatment compared to similarly situated coworkers. And even if he had made out a prima facie

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

case, Appellant has failed to offer any evidence that the stated justification for the adverse employment action was pretextual, as the district court's memorandum ruling rightly concluded.

AFFIRMED.